UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DILLON SCOTT RAFSKY,

   Petitioner,

v.   Case No. 5:22cv307-TKW-HTC

SECRETARY OF THE FLORIDA
DEPARTMENT OF CORRECTIONS,

   Respondent.
_____/

# ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 12). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that Petitioner's §2254 habeas petition was untimely. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Respondent's motion to dismiss (Doc. 9) is **GRANTED**.

3. The §2254 habeas petition challenging Petitioner's conviction in the Fourteenth Judicial Circuit, Washington County, case number 2014-CF-138 is **DISMISSED WITH PREJUDICE** as untimely.

4. A certificate of appealability is **DENIED**.

5. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 28th day of August, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**